**George Riley ALTMAN, Petitioner-Appellant,**

v.

**Warden HOLLENBAEK, Respondent-Appellee.**

**No. 17-6213**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 25, 2017

Decided: May 31, 2017

George Riley Altman, Appellant Pro Se. Genna Danelle Petre, Special Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Riley Altman, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Altman v. Hollenbaek*, No. 5:15-hc-02256-D, 2017 WL 396669 (E.D.N.C. Jan. 30, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*